IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SANDRA T. GRIFFIN ) <br> 2704 Nestlebrook Trail ) <br> Virginia Beach, VA 23456, ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action No. 2:16-cv-_____ |

## COMPLAINT FOR FEDERAL TAXES

The United States of America brings this action at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, and at the direction of the Attorney General of the United States to reduce to judgment assessments made against Sandra T. Griffin for unpaid federal income tax liabilities.

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this civil action pursuant to 28 U.S.C. §§ 1340 and 1345, and 26 U.S.C. § 7402(a).

2. Venue in this district is proper pursuant to 28 U.S.C. §§ 1391 and 1396.

## PARTIES

3. Plaintiff is the United States of America.

4. Defendant Sandra T. Griffin is a resident of Virginia Beach, Virginia.

## REDUCE TAX ASSESSMENTS TO JUDGMENT

5. The United States incorporates paragraphs 1 through 4 of this Complaint as if fully set forth herein.

6. A delegate of the Secretary of the Treasury has made assessments against Sandra T. Griffin for federal income tax liabilities as follows:

| Tax Type | Tax Period Ending | Date of Earliest Assessment | Amount of Earliest Assessment | Outstanding Balance[1] (as of October 11, 2016) |
|---|---|---|---|---|
| 1040 | 12/31/2001 | 10/09/2006 | $10,296.00 | $2,516.14 |
| 1040 | 12/31/2002 | 10/09/2006 | $34,847.00 | $93,845.35 |
| 1040 | 12/31/2003 | 06/27/2011 | $26,695.00 | $63,417.06 |
| 1040 | 12/31/2004 | 10/03/2011 | $13,156.00 | $31,125.26 |
| 1040 | 12/31/2005 | 10/03/2011 | $47,561.00 | $108,509.64 |
| 1040 | 12/31/2006 | 04/28/2014 | $176,731.00 | $382,699.94 |
| 1040 | 12/31/2007 | 06/25/2012 | $70,535.27 | $92,288.37 |
| 1040 | 12/31/2009 | 06/09/2014 | $69,529.83 | $77,781.51 |
| 1040 | 12/31/2010 | 05/25/2015 | $35,316.00 | $31,455.43 |
| Total | | | | **$883,638.70** |

7. A delegate of the Secretary of the Treasury gave Defendant notice and demand for payment of the assessments described in paragraph 6.

8. Statutory additions to tax have accrued and will continue to accrue on the unpaid balance of the assessments set forth in paragraph 6.

---

[1] Includes statutory interest and penalties that have accrued, and which continue to accrue, on the remaining unpaid taxes.

9. Defendant has failed to pay the United States the full amount owed as a result of the tax assessments described in paragraph 6.

10. On account of the assessments described in paragraph 6, Defendant is indebted to the United States in the amount of $883,638.70 as of October 11, 2016, plus statutory additions that will continue to accrue thereafter until paid.

WHEREFORE, the United States prays that the Court:

A. Render judgment in favor of the United States and against Sandra T. Griffin for unpaid federal income tax liabilities in the amount of $883,638.70 as of October 11, 2016, plus statutory additions that will continue to accrue thereafter until paid; and

B. Award the United States such further relief that the Court deems appropriate, including the costs of this action.

Dated this 5th day of October 2016.

    Respectfully submitted,

    UNITED STATES OF AMERICA
    Plaintiff

    DANA J. BOENTE
    United States Attorney

    /s/
    JOEL E. WILSON
    Assistant United States Attorney
    VA State Bar #71701
    United States Attorney's Office
    101 West Main Street, Suite 8000
    Norfolk, VA 23510
    Telephone: (757) 441-6331
    Facsimile: (757) 441-6689
    Email: joel.wilson@usdoj.gov

CAROLINE D. CIRAOLO
Principal Deputy Assistant Attorney General

ANN E. NASH
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227, Ben Franklin Station
Washington, D.C. 20044
Telephone: 202-307-6489
Facsimile: 202-514-6866
Email: Ann.E.Nash@tax.usdoj.gov

*Attorneys for Plaintiff,*
*United States of America*